```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF MINNESOTA
                     CIVIL NO. 25-586(DSD/ECW)
```

Julie Dalton, individually and
on behalf of all others
similarly situated,

                                                    **ORDER**

     Plaintiffs,

  v.

Ethan Allen Retail, Inc.,

     Defendant.

Based upon the parties submitted Stipulation of Dismissal, which has been reviewed and approved by the undersigned, it is hereby ordered that this action and all claims between the parties be dismissed with prejudice, on the merits and without costs or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 8, 2025

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court