# UNITED STATES DISTRICT COURT
## District of Minnesota

Julie Dalton

**JUDGMENT IN A CIVIL CASE**

Plaintiff,

v.

Case Number: 25-cv-00586-DSD-ECW

Ethan Allen Retail, Inc.

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action and all claims between the parties be dismissed with prejudice, on the merits and without costs or attorney's fees to any party.

Date: 9/8/2025

KATE M. FOGARTY, CLERK